IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MERNA L. LOCK                                                   PLAINTIFF

        v.                        Civil No. 04-6083

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                       DEFENDANT

## **JUDGMENT**

On this 4th day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Donald Pullen, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,482.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                /s/ Bobby E. Shepherd
                                                           HONORABLE BOBBY E. SHEPHERD
                                                           UNITED STATES MAGISTRATE JUDGE